John Klein, as Trustee in Bankruptcy of Samuel Gallin, a Bankrupt, Appellant, v. Joseph Storch and Esther Krakower, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Samuel J. Kornblum, Respondent, v. Harrison Street Cold Storage Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

Alice M. Lamb, Appellant, v. Steeplechase Park Company, Respondent. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Daniel J. Leary, Appellant, v. Gus Sandblom, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ., concurred.

Samuel Luberwitz, Respondent, v. Daniel Friedman, Appellant.— Under the proofs in this case the sole question to be submitted to the jury was whether the defendant master was in good faith actually dissatisfied with the services of the plaintiff servant at the time of the discharge in question. As the issue was not submitted to the jury on this theory, the judgment and order are reversed and a new trial granted, costs to abide the event. Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ., concurred.

Henry H. Martin, Respondent, v. John J. McKinney, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ.

William McDonald, Respondent, v. John F. Softy, Appellant.— Judgment and order reversed and complaint dismissed, with costs of the action and of this appeal. The only actionable negligence alleged in the complaint is defendant's failure " to provide and install scaffolding, aprons or other appliances or devices to catch and prevent mortar or other articles from falling upon persons working below." The evidence introduced on the part of plaintiff fails to establish either that it was customary to have such appliances under the circumstances here disclosed, or that it was practicable to do so. Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ., concurred.

Robert J. McKibbin, Respondent, v. Philadelphia and Reading Railway Company, Appellant.— Order affirmed, with ten dollars costs and disbursements, on the authority of *Pope* v. *Terre Haute Car Mfg. Co.* (87 N. Y. 137) and *Grant* v. *Cananea Consol. Copper Co.* (189 id. 241). Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

Charles Mederer and Elizabeth Mederer, Appellants, v. Andrew J. Van Siclen and Others, as Executors, etc., Respondents,— Judgment affirmed,